UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUAN FELIZ,

                            Plaintiff,                                18-CV-05023 (PAE) (SN)

     -against-                                                    **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On July 23, 2021, the Court issued an Order that directed the "Superintendent or other official in charge at Greene Correctional Facility" to remove the encumbrance from the account of Juan Feliz, Department Identification No. 16-A-4711, and to not deduct the appellate filing fee from his account.

       On September 2, 2021, the Court received a letter from Mr. Feliz, which explained that Inmate Accounts at Greene Correctional Facility had not complied with this Court's Order, which Mr. Feliz provided to them. See ECF No. 62. Specifically, Mr. Feliz included a hand-written note, apparently from Inmate Accounts at Greene Correctional Facility, that noted that paperwork "directly from the Court" was required. Id.

       The Court clarifies that, for the reasons explained in its July 23, 2021 Order, the encumbrance on Mr. Feliz's account associated with case 18-2550, which represents the appeal to the Second Circuit Court of Appeals for this case in the Southern District of New York (18-cv-5023), for a total of $505.00, should be removed. According to Mr. Feliz's "Inmate Statement for the Period 07/01/2021 thru 07/30/2021," $452.22 of the $505.00 total fee has already been

collected from his account. Those funds—and any other funds that have since been collected—should be refunded immediately.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 13, 2021
         New York, New York


cc:   Superintendent of the Greene Correctional Facility
       165 Plank Road
       P.O. Box 8
       Coxsackie, New York 12051-0008
       (by chambers)